

**IT IS ORDERED as set forth below:**

Date: November 18, 2010

_____
**W. H. Drake
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| BARBARA JEAN HOLLAND, | ) | CASE NO. 09-12584-WHD |
| | ) | |
| Debtor(s). | ) | |
| | ) | |
| ------------------------- | - | -------------------------------- |
| | ) | |
| U.S. BANK, N.A., ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST, | ) ) ) | CONTESTED MATTER |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BARBARA JEAN HOLLAND, and ADAM M. GOODMAN, as Trustee, | ) ) ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

**ORDER**

This matter arose upon the Motion for Relief From Stay of 11 U.S.C. § 362 filed by Movant, who contends it is the holder of a

Deed to Secure Debt (hereinafter referred to as the "Security Deed"), encumbering certain property known as 116 Watson Street, Carrollton. GA. 30117, as more particularly described in Exhibit "A" attached to the Motion (hereinafter referred to as the "Property"). Hearing before this Court was set for 11/04/2010, upon Notice of Assignment of Hearing to each of the above-captioned parties in interest. No opposition was presented by Debtor, Debtor's counsel, or Trustee; accordingly, it is hereby

ORDERED that the automatic stay of 11 U.S.C. Section 362 is modified to allow Movant, its successors and assigns, to commence foreclosure proceeding against the Property pursuant to applicable state law, and to assert any or all of its respective rights under applicable state law as to the collateral. It is further

ORDERED that the Chapter 13 Trustee is authorized to suspend payments to Movant on Movant's existing arrearage Proof of Claim. It is further

ORDERED that all foreclosure sale proceeds which exceed Movant's lawful debt shall be paid to the Trustee promptly.

A copy of this Order shall be mailed to the individuals identified on the Distribution List attached hereto. It is

FURTHER ORDERED that relief granted herein shall not be stayed by BR 4001(a)(3).

**[END OF DOCUMENT]**

[Signatures on Next Page]

RE: US BANK v. Barbara Jean Holland
Chapter 13 Bankruptcy Case No. 09-12584-WHD

[SIGNATURE PAGE]

PRESENTED BY:

LEVINE, BLOCK & STRICKLAND, LLP

BY: /s/ Ronald A. Levine
Ronald A. Levine, Esq.
(GA Bar No. 448736)
Attorneys for Movant
780 Johnson Ferry Road
Suite 240
Atlanta, GA 30342
(404) 231-4567

HAVING SEEN AND NO OPPOSITION:

/s/ Adam M. Goodman
Adam M. Goodman, Esq.
(GA Bar No. 300801, with express permission)
260 Peachtree Street, N.W., Suite 200
Atlanta, GA 30303

**DISTRIBUTION LIST**

Barbara Jean Holland
116 Watson Street
Carrollton, Georgia 30117

John T. Dufour, Esquire
Van Pelt & Defour
527 Newnan Street
Carrollton, GA 30117

Adam M. Goodman, Esq.
260 Peachtree Street, N.W., Suite 200
Atlanta, GA 30303

Ronald A. Levine, Esq.
Levine, Block & Strickland, LLP.
780 Johnson Ferry Road
Suite 240
Atlanta, GA 30342